IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MICHAEL J. LEVERTON**                                                                                          **PLAINTIFF**

V.                                    **CASE NO. 3:25-CV-3054**

**SHERIFF JOHN MONTGOMERY, Baxter County, Arkansas;**
**JAIL ADMINISTRATOR TABITHA MAZE,**
**Baxter County Detention Center (BCDC);**
**CORPORAL MASON CRUISE (BCDC); and**
**SERGEANT ALMA BROWN (BCDC)**                                                                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 10) filed in this case on September 23, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and pursuant to preservice screening under 28 U.S.C. § 1915A(b)(1), all claims against Defendant Corporal Mason Cruise and Plaintiff's claim for a violation of his First Amendment right of access to the courts are **DISMISSED** for failure to state a claim upon which relief may be granted.

This leaves for later resolution Plaintiff's claims regarding unconstitutional conditions of confinement and restrictions on communication with the outside world. By separate Order the Complaint will be served on the remaining Defendants.

**IT IS SO ORDERED** on this 15th day of October, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE