**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**


**MICHAEL J. LEVERTON**                                                                    **PLAINTIFF**


**v.**                                        **Civil No. 3:25-CV-03054-DCF**


**JOHN MONTGOMERY,** *et al.*                                                         **DEFENDANTS**

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 26). There have been no objections, and the time to file objections has passed. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects and in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY.** Accordingly, this case will be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 29th day of June 2026.


*/s/ David Clay Fowlkes*
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE